IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
DOUG CLINE AND DENISE CLINE,   )
AND J & D FARMS, INC.,         )
                               )          4:08CV3121
          Plaintiffs,          )
                               )
     v.                        )
                               )             ORDER
THE CHARTER OAK FIRE           )
INSURANCE COMPANY,             )
                               )
          Defendant.           )
```

The records of the court show that June 6, 2008 (filing 8) a text notice was electronically mailed to all counsel of record by the Office of the Clerk as follows:

> TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff J & D Farms, Inc. Pursuant to Fed. R. Civ. P. 7.1, non-governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.

As of this date, no Statement has been filed.

IT THEREFORE HEREBY IS ORDERED,

Counsel for  J & D Farms   shall file the Corporate Disclosure Statement on or before August 4, 2008 or show cause by

written affidavit why they cannot comply with the rules of the court.

DATED July 14, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge