## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DOUG CLINE AND DENISE CLINE, AND J & D FARMS,** | ) ) ) | **CASE NO. 4:08cv03121** |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) ) ) | **ORDER EXTENDING DEADLINE FOR RULE 26(F) MANDATORY DISCLOSURES** |
| **THE CHARTER OAK FIRE INSURANCE COMPANY,** | ) ) ) | |
| **Defendant.** | ) | |

This matter comes before the Court upon the Motion to Extend Deadline for Rule 26(f) mandatory disclosures filed by the Defendant herein.  The Court finds that the mandatory disclosure deadline set forth in the Order for Initial Progression of Case (Filing #18, ¶3) dated July 15, 2008, shall be extended for a period of thirty (30) days.

IT IS THEREFORE ORDERED that defendant's motion, filing 21, is granted and the mandatory disclosures deadline is extended to September 22, 2008.

DATED this 21st day of August, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge