IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DOUG CLINE AND DENISE CLINE, AND J & D FARMS,** ) | CASE NO. 4:08cv03121 |
| ) | |
| **Plaintiffs,** ) | |
| ) | **ORDER EXTENDING** |
| vs. ) | **DEADLINE FOR RULE 26(F)** |
| ) | **MANDATORY DISCLOSURES** |
| **THE CHARTER OAK FIRE INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

This matter comes before the Court upon the Second Motion to Extend Deadline for Rule 26(f) mandatory disclosures filed by the Defendant herein. The Court finds that the mandatory disclosure deadline set forth in the Order for Initial Progression of Case (Filing #18, ¶3) dated July 15, 2008, as extended by the Court's Order Extending Deadline for Rule 26(f) Mandatory Disclosures (Filing #22) shall be further extended until October 9, 2008.

IT IS THEREFORE ORDERED that the mandatory disclosures deadline is extended to October 9, 2008.

DATED this 11th day of September, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge