THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUG CLINE and DENISE CLINE, and J & D FARMS, INC., | ) ) ) | 4:08CV3121 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| THE CHARTER OAK FIRE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

Upon the parties' Joint Stipulation for Dismissal With Prejudice (filing 26), this matter is dismissed with prejudice, each party to bear its or their own costs.

November 10, 2008.

                                              BY THE COURT:
                                              s/ *Richard G. Kopf*
                                              United States District Judge